UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br>Plaintiff,<br>v.<br>MARK KLISZEWSKI, et al.,<br>Defendants. | Case No. 25-cv-04213-EKL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983, seeking money damages against the judge who sentenced him in his criminal case and the district attorney who prosecuted him. Court records indicate that plaintiff filed an earlier case raising the same claim against the judge. *See Coffer v. Judge Kliszewski*, Case No. 25-cv-1464 EKL. In a concurrent order, that complaint was dismissed with leave to file an amended complaint.

This case will be dismissed as duplicative. Plaintiff must identify all his claims and defendants in an amended complaint in the earlier case. The earlier case did not name the district attorney as a defendant. Plaintiff may present allegations against her in an amended complaint in that case.

Plaintiff is informed that a state prosecuting attorney enjoys absolute immunity from liability under Section 1983 for her conduct in "pursuing a criminal prosecution" insofar as she acts within her role as an "advocate for the State" and her actions are "intimately associated with the judicial phase of the criminal process." *Imbler v. Pachtman*, 424 U.S. 409, 430-31 (1976). But prosecutors are entitled only to qualified immunity when they perform investigatory or administrative functions or are essentially functioning as police officers or detectives. *Buckley v. Fitzsimmons*, 509 U.S. 259, 273 (1993). To determine whether an action is judicial, investigative

or administrative, courts look at "the nature of the function performed, not the identity of the actor who performed it." *Kalina v. Fletcher*, 522 U.S. 118, 127 (1997).

This case is DISMISSED as duplicative. *See Adams v. Cal. Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff should bring all his claims and name all defendants in the earlier filed case. The pending motion to file by mail (ECF No. 2) is VACATED. To the extent plaintiff seeks relief regarding self-harm, he should talk to staff at his prison, and may file a case in the Eastern District of California where he is incarcerated.

**IT IS SO ORDERED.**

Dated: June 25 ,2025

Eumi K. Lee
United States District Judge